IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-01019-MJW

PAMELA J. WILLIAMS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on April 13, 2016, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Pamela J. Williams.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this 13th   day of April, 2016.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/S. Libid
                S. Libid, Deputy Clerk